FILED

2020 Jul-07  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:20-cv-00540-LCB-SGC |
| | ) | |
| CHRISTOPHER WAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

The magistrate judge entered a report on June 5, 2020, recommending this action be dismissed without prejudice pursuant to the three strikes provision of 28 U.S.C. § 1915(g).  (Doc. 3).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**.  Because the plaintiff failed to pay the filing and administrative fees of $400.00 at the time he filed this complaint, the court **DISMISSES** this action **WITHOUT PREJUDICE**.  The plaintiff may initiate a new civil rights action by completing and filing a new civil rights complaint form and paying the filing and administrative fees of $400.00.  For information regarding the cost of appeal, see the attached notice.

The Clerk is **DIRECTED** to serve a copy of this order and a § 1983 complaint form on the plaintiff.

**DONE** and **ORDERED** July 7, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                           In Replying Give Number
Clerk of Court                                           of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that
all prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing
any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of
appeal you *either*:

(1)     Pay the total $505 fee to the clerk of the district court from which
        this case arose; *or*

(2)     arrange to have a prison official certify to the district court from
        which the appeal arose the average monthly deposits and balances
        in your prison account for each of the six months preceding the filing
        of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to
pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or
of the average monthly balances shown in your prison account.  The remainder of the total $505
fee will thereafter be deducted from your prison account each month that your account balance
exceeds $10.  Each such monthly deduction shall equal 20% of all deposits to your prison account
during the previous month, until the total $505 fee is paid. (If your prison account statement shows
that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed,
BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED
FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account
will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice

3